EDMUND RICE and others, Trustees, *vs.* THE FIRST DIVISION OF THE ST. PAUL & PACIFIC RAILROAD COMPANY.
(Two suits.)

HORACE THOMPSON and others, Trustees, *vs.* THE FIRST DIVISION OF THE ST. PAUL & PACIFIC RAILROAD COMPANY.
(Two suits.)

**Certain Order Held Not Appealable.**—An order refusing to strike from a complaint alleged irrelevant and redundant matter is not appealable.

The defendant appealed in these cases from the order of the court of common pleas for Ramsey county, *Hall*, J., presiding, denying a motion to strike out portions of the complaints in the several actions.   See cases last reported.

*Bigelow, Flandrau & Clark,* for appellant.

*Wm. H. Scott, Geo. L. Otis, Gordon E. Cole* and *E. C. Palmer,* for respondents.

BERRY, J.   These are all attempted appeals from orders refusing to strike out certain portions of the complaints in the above entitled actions as irrevelant and redundant   Such orders are not appealable.   The only ground upon which it is contended that they are appealable is that they involve the merits of the action or some part thereof.   If the matter objected to is irrevelant or redundant it has, for that very reason, nothing to do with the *merits* of the action; that is to say, with the substantial matter in controversy, which is the subject of the action, or with any part thereof.   Hence an order refusing to strike it out cannot affect, dispose of, or in any way involve the merits of the action or any part thereof. *Whitney* v. *Waterman,* 4 How. Pr. 313; *Bedell* v. *Stickles,* 4 How. Pr. 432; *Field* v. *Stewart,* 8 Abb. Pr. N. S. 193; *Murphy* v. *Dickinson,* 40 How. Pr. 66; *Hughes* v. *Merc. Ins. Co.* 10 Abb. Pr. N. S. 37; *Morehouse* v. *Yeager,* 6 Jones & Spencer, 50.

The appeals are dismissed.

Gilfillan, C. J., having been of counsel, did not sit in this case.